USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     **19 CR 520(VM)**
         -against-                 :     **ORDER**
                                   :
JUAN PABLO DE LA CRUZ MENDOZA,     :
                                   :
                    Defendant.     :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Government, with consent of counsel for the above-captioned defendant (see attached letter), requests that the conference currently scheduled for September 4, 2020 at 4:00 p.m. be adjourned. The conference shall be scheduled for September 3, 2021 at 4:00 p.m.

    It is hereby ordered that the time until September 3, 2021 shall be excluded from speedy trial calculations. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(3), because of the unavailability of the defendant.

**SO ORDERED.**

Dated: New York, New York
      28 August 2020

                                      Victor Marrero
                                         U.S.D.J.

Case 1:19-cr-00520-VM   Document 20   Filed 08/27/20   Page 1 of 1



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2020

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. de la Cruz Mendoza*</u>, 19 Cr. 520 (VM)

Dear Judge Marrero:

      The Government respectfully submits this letter, with the consent of defense counsel, to request the status conference scheduled for Friday, September 4, 2020, at 4:00 p.m., be adjourned in light of the defendant's apparent absconding and his whereabouts being unknown.

      The Government respectfully submits that the time between September 4, 2020, and whenever the defendant's appearance can be obtained, shall be excluded from the time limits set forth in the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(3).

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By: /s/
      Daniel H. Wolf
      Assistant United States Attorney
      (212) 637-2337