USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        -against-

JUAN PABLO DE LA CRUZ MENDOZA,

        Defendant.

---

19 CR 520 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The parties agree to a one-year adjournment of the status conference currently scheduled for September 2, 2022. (Dkt. No. 25.) The parties agree to an exclusion of time under the Speedy Trial Act until the next adjournment. (Id.)

It is hereby ordered that the conference scheduled for September 2, 2022, is adjourned to September 1, 2023, at 10:00 a.m. It is further ordered that time until September 1, 2023, shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    New York, New York
           August 18, 2022

                                                        Victor Marrero
                                                          U.S.D.J.