```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :           19 Cr. 520 (VM)
         -against-                     :              ORDER
                                       :
JUAN PABLO DE LA CRUZ MENDOZA,         :
                                       :
                    Defendant.         :
-----------------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

    The parties request an adjournment of the status conference presently scheduled for September 1, 2023. (See Dkt. No. 27.) It is hereby ordered that the conference scheduled for September 1, 2023 in this matter shall be adjourned until October 13, 2023 at 2:00 PM.

    The Government requests, with the consent of defense counsel, an exclusion of time from the Speedy Trial Act until October 13, 2023. (See id.)

    It is hereby ordered that time until October 13, 2023 shall be excluded from speedy trial calculations. This exclusion results from the absence or unavailability of the Defendant. (See id.) The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. § 3161(h)(3)(A).

**SO ORDERED:**

Dated:    New York, New York
            31 August 2023

                                                  _____
                                                      Victor Marrero
                                                        U.S.D.J.