```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

JUAN PABLO de la CRUZ MENDOZA,

                Defendant.

**19 Cr. 520 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference in this matter set for today, October 13, 2023, at 2 p.m. is hereby adjourned to November 17, 2023 at 9:30 a.m.

The Government is hereby directed to respond to defense counsel's letter, dated October 12, 2023, within seven (7) days and to file the response on the docket. (See Dkt. No. 29.)

**SO ORDERED.**

Dated:    13 October 2023
            New York, New York

                                      Victor Marrero
                                      U.S.D.J.