```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

              Plaintiff,

- against -

JUAN PABLO DE LA CRUZ MENDOZA,

              Defendant.

---

**19 Cr. 520 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defense counsel has requested that the status conference in this matter, presently scheduled for November 17, 2023, be adjourned sine die. (See Dkt. No. 29.) The government argues that the conference should proceed. (See Dkt. No. 32.)

Upon consideration of the parties' submissions, the Court **DENIES** defense counsel's request to adjourn the conference sine die. The status conference shall proceed as scheduled.

**SO ORDERED.**

Dated:    17 October 2023
            New York, New York

                                      _____
                                          Victor Marrero
                                            U.S.D.J.